UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States Courts
Southern District of Texas
FILED

JUL 19 2016

David J. Bradley, Clerk
Laredo Division

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. |
| | § | L-16- 903 |
| YUSDEL LOPEZ-ALVAREZ | § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

GPK

### COUNT ONE

On or about June 27, 2016, in the Southern District of Texas, and within the jurisdiction of the Court, Defendant,

**YUSDEL LOPEZ-ALVAREZ,**

did knowingly conspire and agree with other persons known and unknown to the Grand Jurors to possess with intent to distribute 50 kilograms and more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

## COUNT TWO

On or about June 27, 2016, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**YUSDEL LOPEZ-ALVAREZ,**

did knowingly possess with intent to distribute a controlled substance. This violation involved a quantity of 50 kilograms and more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**

FOREMAN OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

Christopher dos Santos
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

CRIMINAL DOCKET L-16- 903
NO._____

LAREDO    DIVISION
FILE: 16-14993    MAG#: 16-00907
INDICTMENT                          Filed: July 19, 2016          Judge: _____

ATTORNEYS:

UNITED STATES OF AMERICA

KENNETH MAGIDSON, USA
VS.                                 Christopher dos Santos, AUSA

**YUSDEL LOPEZ-ALVAREZ**

CHARGE:   Ct. 1: Conspiracy to possess with intent to distribute 50 kilograms or more of marijuana
          [21 USC 846, 841(a)(1) and 841(b)(1)(C)]
          Ct. 2: Possess with intent to distribute 50 kilograms or more of marijuana
          [21 USC 841(a)(1), 841(b)(1)(C) and 18 USC 2]

TOTAL COUNTS: 2

PENALTY:  Cts. 1-2:    0 to 20 Years and/or $1 MILLION, $100 Special Assessment,
                       At Least a 3 Year Term of Supervised Release

In Jail:

On Bond:

Name and Address of Surety:

No Arrest: